IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAN TURNIPSEED, | No. C 11-2879 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| WALKER, et al., | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the California State Prison, Los Angeles ("CSP-LA"). Defendants are located at CSP-LA, where the events that give rise to plaintiff's claims are alleged to have taken place. CSP-LA lies within the venue of the United States District Court for the Central District of California. Venue for this case is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a).

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: July 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\TURNIPSEED2879.TRN.wpd